John B. LONG, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39992.

Missouri Court of Appeals,
Western District.

July 5, 1988.

Appeal from Twenty–Sixth Judicial Circuit Court, Miller County; Tracy L. Storie, Judge.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and CLARK and COVINGTON, JJ.

Appeal from denial of Rule 27.26 motion affirming revocation of probation and sentence of thirty years' imprisonment.

Affirmed. Rule 30.25(b).